IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN MICHAEL WATERMAN, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No.: 24-3220-EFM-TJJ |
| | ) |
| (fnu) BELL, (fnu) KOOB, (fnu) FOX, | ) |
| And (fnu) MOORE, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## DEFENDANTS' RESPONSE TO MOTION FOR A STATUS UPDATE

Defendants (fnu) Bell, (fnu) Koob, (fnu) Fox, and (fnu) Moore (the "KDOC Defendants"), through undersigned counsel, respond to Plaintiff's Motion for a Status Update (Doc. 42).

The court's Service Order (Doc. 30) stated that "Upon the electronic filing of the Waiver of Service Executed, Defendants shall have sixty (60) days to file an answer or other responsive pleading. Any answer deadline set forth in the docket entry for the waiver of service is not controlling."

Defendants filed their Waiver of Service of Summons Executed on July 15, 2025 (Doc. 35). The court subsequently ordered the defendants to show cause why the filing of the waiver should be accepted and not be deemed untimely (Doc. 36). Defendants filed their Response to Order to Show Cause on July 16, 2025 (Doc. 37). The court issued an Order on July 18, 2025, that good cause was shown and the case was to proceed. Thus, the sixty (60) days to file an answer or other responsive pleading from the time of filing of the Waiver of Summons Executed expire September 13, 2025. Because September 13th falls on a weekend, the current deadline to answer

or otherwise respond is September 15, 2025. KDOC Defendants filed their Motion to Dismiss or in the Alternative for Summary Judgment on September 12, 2025, which is prior to the deadline.

WHEREFORE the KDOC Defendants request that the Court deny any implied relief that may be contained in Plaintiff's Motion for a Status Update.

> Respectfully submitted,
> STEVENS & BRAND, L.L.P.
>
> */s/ Katherine E. Simpson*
> Katherine E. Simpson #26453
> 900 Massachusetts St – Ste 500
> P.O. Box 189
> Lawrence, KS 66044
> Tel: 785-843-0811
> Fax: 785-843-0341
> ksimpson@stevensbrand.com
> *Attorneys for KDOC Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF electronic filing system, and a copy sent by U.S. Mail, first-class postage prepaid, to:

> Brian Michael Waterman #126456
> Ellsworth Correctional Facility
> P.O. Box 107
> Ellsworth, KS 67439-0107

> */s/ Katherine E. Simpson*
> Katherine E. Simpson